```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**ADAM J. MECHE**                                                **CIVIL ACTION**

**versus**                                                       **No.  07-1491**

**VLADIMIR I. VOLKOV,** *et al.*                                 **SECTION: "I"/5**

## ORDER AND REASONS

Before the Court is a motion to dismiss pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure filed on behalf of defendants, Validimir I. Volkov ("Volkov") and Selena Transport, L.L.C., ("Selena").[1]  For the following reasons, defendants' motion is **DISMISSED AS UNTIMELY**.

On July 19, 2007, the Court entered an order scheduling the following dates in the above-captioned matter:

(1) Bench Trial - March 10, 2008;

(2) Final Pretrial Conference - February 8, 2008; and

(3) Pretrial motion hearing deadline - January 23, 2008.[2]

On February 8, 2008, the Court conducted a final pretrial conference in chambers.  During said pretrial conference, the Court continued the March 10, 2008 trial date and granted defendant, National Indemnity Company ("NIC"), leave to file its motion for

---

[1] Rec. Doc. No. 36.

[2] Rec. Doc. No. 8.

summary judgment concerning the issue of insurance coverage.[3]  The Court did not, however, extend the January 23, 2008, motion hearing deadline for all other pretrial motions.

Volkov and Selena filed this motion on March 10, 2008, well beyond the January 23, 2008, motion hearing deadline.  Therefore, this motion is untimely.

Accordingly,

**IT IS ORDERED** that Volkov and Selena's motion to dismiss pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure is **DISMISSED AS UNTIMELY**.

New Orleans, Louisiana, June 26th, 2008.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[3] Rec. Doc. No. 31.  The Court continued the March 10, 2008 trial date to July 28, 2008.  Rec. Doc. No. 33.  The Court also scheduled a second final pretrial conference to take place on July 1, 2008.  *Id*.